AO 247 Amended WA,E (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
для the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 27 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:05CR06029-001 |
| Kevin Lyness ) | USM No: 11229-085 |
| ) | |
| Date of Previous Judgment: 09/18/2006 ) | N/A |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgement issued) of _____ months **is reduced to** _____.

   Defendant's Motion for Reduction in Term of Imprisonment Pursuant to 3582(c)(2) (Ct Rec 106) is DENIED.

Except as provided above, all provisions of the judgment dated 09/18/2006 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 5/27/2008

*Edward F. Shea*
Judge's signature

Effective Date: 5/27/2008
(if different from order date)

The Honorable Edward F. Shea   Judge, U.S. District Court
Printed name and title